[No. 17964. Department One. August 9, 1923.]

STEPHEN E. CHAFFEE, *Appellant*, v. ROBERT KOOISTRA *et al.*,
*Respondents.*[1]

Appeal from a judgment of the superior court for King county, Smith, J., entered February 28, 1923, upon findings in favor of the defendant, in an action on contract. Affirmed.

*R. John Lichty* and *Stephen E. Chaffee*, for appellant.
*Jesse Simmons* and *Wm. Sheller*, for respondents.

PER CURIAM.—An analytical attention to the reported testimony convinces us that this controversy, concerning the guarantee of a pedigreed cow, was, upon the letters exhibited in evidence, the testimony of the parties, and the opinions of expert breeders, correctly adjudicated by the experienced trial court, and its judgment we affirm.

----

[No. 584. *En Banc.* September 5, 1923.]

*In the Matter of the Proceedings for the Disbarment of*
WALTER B. MITCHELL.[2]

Proceedings filed in the supreme court April 17, 1923, for the disbarment of an attorney, upon the findings of the state board of law examiners against the accused. Judgment of suspension.

*W. B. Mitchell* and *George D. Ayers*, for accused.
*The Attorney General* and *M. H. Wight, Assistant*, for the state.

PER CURIAM.—Upon a careful examination of the record in this case, we adopt and approve the recommendation of the state board of law examiners, filed herein, that Walter B. Mitchell be suspended from the practice of his profession as an attorney at law for the period of one year. It is so ordered. The time to begin to run thirty days after the filing of this order.

[1]Reported in 216 Pac. 1119.
[2]Reported in 218 Pac. 1119.